FILED

06/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0178

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0178

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JOHN WILSON CHAMBERS,

      Defendant and Appellant.

# GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 20, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 15 2020